IsIDORE SCHEINBERG et al., Respondents, v. BEATRICE
SCHEINBERG, Appellant, Impleaded with Another.

(Submitted January 7, 1929; decided January 15, 1929.)

MOTION to amend remittitur. (See 249 N. Y. 277.)

Motion for restitution granted, with ten dollars costs
of motion.

Recall of remittitur requested, and when recalled
ordered that it be amended by adding thereto the follow-
ing: " A motion having been made for an order herein
directing and compelling restitution to defendant Beatrice
Scheinberg of the title to premises now recorded in the
name of Scheinberg Estates, Inc., a corporation owned
and controlled by the plaintiffs herein, Ordered that
said motion be and it is hereby granted and that plaintiffs
cause their nominee Scheinberg Estates, Inc., to execute
and deliver to defendant Beatrice Scheinberg a deed of
conveyance in usual form, duly acknowledged for record-
ing, of the premises described in the deed from Beatrice
Scheinberg to Scheinberg Estates, Inc., being the prem-
ises described in the complaint herein, said premises to
be held by her subject to the further order of the court
herein, and that it be remitted to the Supreme Court to
make such orders and issue such process or mandates as
may be necessary and appropriate to effect the restitution
herein ordered."

P. PASTENE & Co., INC., et al., Respondents, v. IRVING
NATIONAL BANK, Appellant.

(Submitted January 7, 1929; decided January 15, 1929.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 249 N. Y.
272.)